LAURIE B. WILLIAMS, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 07/20/2015

CASE NO: 15-10082-13  DATE FILED: 01/16/2015  CONFIRMED: 07/08/2015
POPKEY, JERRY DEAN  POPKEY, PAMELA MICHELLE  ATTORNEY: RONALD L LESLIE  1,441.00 MONTHLY
322 S REGIER  322 S REGIER  ATTORNEY AT LAW
BUHLER, KS 67522  BUHLER, KS 67522  P O BOX 2067
 HUTCHINSON, KS 67504-2067

Employer:  Joint Debtor Employer:

### PAYMENTS/ABATEMENTS

| Due Dates | Amount | |
|---|---|---|
| 02/16/2015 to 06/16/2015 | 1,302.00 | Monthly Payment Debtor |
| 07/16/2015 to 00/0000 | 1,441.00 | Monthly Payment Debtor |

TOTAL PAYMENTS DUE: 7,951.00
AMOUNT BEHIND: 57.00

### PAYMENTS RECEIVED IN PAST 6 MONTHS

| Date | Source | Number | Amount |
|---|---|---|---|
| 07/17/15 | PERS CHECK | 9268 | 1,384.00 |
| 06/17/15 | PERS CHECK | 9261 | 1,302.00 |
| 05/18/15 | PERS CHECK | 9255 | 1,302.00 |
| 04/16/15 | PERS CHECK | 9247 | 1,302.00 |
| 03/16/15 | PERS CHECK | 9241 | 1,302.00 |
| 02/19/15 | PERS CHECK | 9231 | 1,302.00 |

TOTAL PAYMENTS RECEIVED: 7,894.00

CASE TYPE:  PERCENTAGE: 100.000
ESTIMATED NEEDED TO COMPLETE CLAIMS: 141,044.12
ESTIMATED NUMBER OF MONTHS REMAINING: (101 LEFT)

### CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | DISCOVER BANK | PRO | UNS 100.0000 | | 0.00 0.00 | | 8,138.87 8,138.87 | 0.00 0.00 | 8,138.87 0.00 |
| 002 | DISCOVER BANK | PRO | UNS 100.0000 | | 0.00 0.00 | | 2,013.45 2,013.45 | 0.00 0.00 | 2,013.45 0.00 |
| 003 | FORD MOTOR CREDIT COMPANY ADQ PROT | FIX | SEC 100.0000 | 4.7500 01/16/2015 | 681.00 0.00 | 07/2015 | 34,686.98 34,686.98 | 3,221.47 864.53 | 31,465.51 124.55 |
| 004 | PORTFOLIO RECOVERY ASSOCIATES SPRINGLEAF ASG | PRO | UNS 100.0000 | | 0.00 0.00 | | 22,546.55 22,546.55 | 0.00 0.00 | 22,546.55 0.00 |
| 005 | FORD MOTOR CREDIT COMPANY ADQ PROT | FIX | SEC 100.0000 | 4.7500 01/16/2015 | 440.00 0.00 | 07/2015 | 22,083.95 22,083.95 | 2,089.94 550.06 | 19,994.01 79.14 |
| 006 | HUTCHINSON CLINIC | PRO | UNS 100.0000 | | 0.00 0.00 | | 1,311.64 1,311.64 | 0.00 0.00 | 1,311.64 0.00 |
| 007 | UNITED TELEPHONE CO OF EASTERN K | PRO | UNS 100.0000 | | 0.00 0.00 | | 223.81 223.81 | 0.00 0.00 | 223.81 0.00 |
| 008 | US DEPARTMENT OF EDUCATION | PRO | UNS 100.0000 | | 0.00 0.00 | | 14,383.26 14,383.26 | 0.00 0.00 | 14,383.26 0.00 |
| 009 | CAPITAL ONE KOHLS | PRO | UNS 100.0000 | | 0.00 0.00 | | 430.78 430.78 | 0.00 0.00 | 430.78 0.00 |
| 010 | US DEPARTMENT OF EDUCATION | PRO | UNS 100.0000 | | 0.00 0.00 | | 31,483.35 31,483.35 | 0.00 0.00 | 31,483.35 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION CITIBANK | PRO | UNS 100.0000 | | 0.00 0.00 | | 2,186.63 2,186.63 | 0.00 0.00 | 2,186.63 0.00 |
| 012 | BENEFICIAL MORTGAGE CO OF KANSAS ARREARAGES ONLY | PRO | SEC 100.0000 | | 0.00 0.00 | 07/2015 | 2,828.81 2,828.81 | 229.07 0.00 | 2,599.74 0.00 |
| 012EA1 | BENEFICIAL FINANCIAL | PRO | SEC 100.0000 | | 0.00 0.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES SAMS | PRO | UNS 100.0000 | | 0.00 0.00 | | 1,736.65 1,736.65 | 0.00 0.00 | 1,736.65 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES LOWES | PRO | UNS 100.0000 | | 0.00 0.00 | | 226.18 226.18 | 0.00 0.00 | 226.18 0.00 |
| 777 | DEBTOR | PRO-I | REF 100.0000 | | 0.00 0.00 | | Continuing Continuing | 0.00 | Closed |
| 799 | RONALD L LESLIE ATTORNEY OF RECORD | FIX | ATY 100.0000 | | 50.00 0.00 | 07/2015 | 2,000.00 2,000.00 | 250.00 0.00 | 1,750.00 0.00 |
| 799C | RONALD L LESLIE CLOSING FEE | PRO-A | ATY 100.0000 | | 0.00 0.00 | | 350.00 350.00 | 0.00 0.00 | 350.00 0.00 |
| 881 | LAURIE B WILLIAMS TRUSTEE | PRO | SPC 100.0000 | | 0.00 0.00 | | 0.00 0.00 | 0.00 | 0.00 0.00 |
| 899 | DEBTOR REFUND NOT RETURNING TTE FEES | PRO-I | REF 100.0000 | | 0.00 0.00 | | | 0.00 | Closed |

LAURIE B. WILLIAMS, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 07/20/2015

CASE NO: 15-10082-13  DATE FILED: 01/16/2015  CONFIRMED: 07/08/2015
POPKEY, JERRY DEAN  POPKEY, PAMELA MICHELLE  ATTORNEY: RONALD L LESLIE  1,441.00 MONTHLY

## CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| F1 | CLERK OF THE BANKRUPTCY COURT | PRO | SPC 100.0000 | | 0.00 0.00 | 02/2015 | 310.00 310.00 | 310.00 0.00 | 0.00 0.00 |
| | Trustee Administrative Fees | | | | | | 378.93 | 378.93 | |
| | | | | TOTALS: | 1,171.00 0.00 | | 147,319.84 147,319.84 | 6,479.41 1,414.59 | 140,840.43 203.69 |

## DISTRIBUTION SUMMARY TO DATE

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 310.00 | 2,350.00 | 0.00 | 59,599.74 | 84,681.17 | 0.00 | | |
| PAID BY TRUSTEE: | 310.00 | 250.00 | 0.00 | 5,540.48 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,100.00 | 0.00 | 54,059.26 | 84,681.17 | 0.00 | DUE CREDITORS: | 141,044.12 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 203.69 | 0.00 | 0.00 | EXPECTED ADMIN: | 7,111.47 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 2,100.00 | 0.00 | 54,262.95 | 84,681.17 | 0.00 | APPROX BALANCE: | 148,155.59 |